UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCKY TOP AT MISSION HILLS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-01924-TWP-MJD |
| | ) |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### ENTRY ON JURISDICTION

On July 20, 2016, the Defendant filed a notice of removal. However, the notice of removal fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case based upon diversity of citizenship. In particular, the notice of removal fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002). The notice of removal neither sufficiently identifies the members of Plaintiff Rock Top at Mission Hills LLC nor adequately alleges their citizenship.

To remedy this deficiency, the Defendant shall file a supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case. The Defendant's statement must accurately identify the members of Rock Top at Mission Hills LLC and articulate their citizenship. The Defendant's supplemental jurisdictional statement is due **fourteen (14) days** after the date of this entry.

**SO ORDERED.**

Date: 8/1/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric C. McNamar
LEWIS WAGNER LLP
emcnamar@lewiswagner.com

John Carl Trimble
LEWIS WAGNER LLP
jtrimble@lewiswagner.com

David E. Miller
SAEED & LITTLE
david@sllawfirm.com