UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCKY TOP AT MISSION HILLS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01924-TWP-MJD |
| ) | |
| TRAVELERS INDEMNITY COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation [Dkt. 48] on Defendant's Motion to Dismiss Count II [Dkt. 27]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Report and Recommendation. Accordingly, Defendant's Motion to Dismiss Count II is **GRANTED** and Count II of Plaintiff's Complaint [Dkt. 1-1] is **DISMISSED WITHOUT PREJUDICE**.

Date: 12/6/2016

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew S. Ponzi
FORAN GLENNON PALANDECH & PONZI, PC
mponzi@fgppr.com

Matthew P. Fortin
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
mfortin@fgppr.com

Michael Eugene Simmons
HUME SMITH GEDDES GREEN & SIMMONS
msimmons@humesmith.com

William David Beyers
HUME SMITH GEDDES GREEN & SIMMONS
bbeyers@humesmith.com

Eric C. McNamar
LEWIS WAGNER LLP
emcnamar@lewiswagner.com

John Carl Trimble
LEWIS WAGNER LLP
jtrimble@lewiswagner.com

David E. Miller
SAEED & LITTLE
david@sllawfirm.com